IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RHONDA L. COBB,
    Plaintiff,

v.                           No:   5:04cv285/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

## REPORT AND RECOMMENDATION

    Plaintiff has filed a motion to dismiss complaint and represents that defendant does not object (doc. 14).

    Accordingly, it is respectfully RECOMMENDED that plaintiff's motion to dismiss complaint (doc. 14) be GRANTED pursuant to Fed. R. Civ. P. 41(a)(2), and that this cause be DISMISSED without prejudice.

    At Pensacola, Florida this 23rd day of August, 2005.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE


*Page 2 of  2*

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**