IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RHONDA L. COBB,
    Plaintiff,

vs.                                                     CASE NO.: 5:04cv285/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 23, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

The plaintiff's motion to dismiss complaint (doc. 14) is GRANTED pursuant to Fed. R. Civ. P. 41(a)(2), and this cause is DISMISSED without prejudice.

DONE AND ORDERED this 7th day of October, 2005.

                                                *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**